IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 02 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

André Gautier McDaniel
(Print your full name)

Plaintiff *pro se*,

v.

United Parcel Service

(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

1:24-CV-5500
(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

    ✓ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

____✓____   Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____   Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____   Other (describe) _____

_____

_____

_____

_____

_____

2.  This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.   Print your full name and mailing address below:

   Name        André Gautier McDaniel
   Address     235 Roberts Dr Apt 17c
               Riverdale GA, 30274

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

   Name        United Parcel Service
   Address     55 Glen Lake Parkway, NE,
               Atlanta GA, 30328

   Name        _____
   Address     _____
               _____

   Name        _____
   Address     _____

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

   1 Sandy Creek Rd NW
   Atlanta GA 30336

6. When did the alleged discrimination occur? (State date or time period)

November 7, 2022   Around 7:30 pm
November 9, 2022   Around 10:23 pm
June 15, 2023      Around 4:58 pm
September 1, 2023  Around 5:00 pm

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?   ✓ Yes   ___ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

    ✓ Yes   ___ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: September 12, 2024

9. If you are suing for **age discrimination**, check one of the following:

    ___ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    ___ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

    \_\_\_\_\_ Yes   \_\_\_\_\_ No   \_\_✓\_\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

    If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

    _____
    _____
    _____
    _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

    \_\_\_\_\_ Yes   \_\_\_\_\_ No   \_\_✓\_\_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

    If you checked "Yes," describe below what happened in that administrative process:

    _____
    _____
    _____
    _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    - \_\_\_\_ failure to hire me
    - ✓ failure to promote me
    - ✓ demotion
    - ✓ reduction in my wages
    - ✓ working under terms and conditions of employment that differed from similarly situated employees
    - ✓ harassment
    - ✓ retaliation
    - ✓ termination of my employment
    - \_\_\_\_ failure to accommodate my disability
    - \_\_\_\_ other (please specify) Racial Discrimination

13. I believe that I was discriminated against because of (check only those that apply):

    - ✓ my race or color, which is Black (African American)
    - ✓ my religion, which is Christain
    - ✓ my sex (gender), which is   ✓ male   \_\_\_\_ female
    - \_\_\_\_ my national origin, which is \_\_\_\_
    - ✓ my age (my date of birth is May 23, 1969)
    - \_\_\_\_ my disability or perceived disability, which is:

    - ✓ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    - \_\_\_\_ other (please specify) \_\_\_\_

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

On November 7, 2022 I was rear-ended by my co-worker David McClurre and he was not suspended from operating mechanical equipment. On November 9, 2022 I complained to my supervisor Rontre Stripling about the unfair practice and he text me "I can be your faggott!" I reported him to Human Resources, Darrel Ellis (Hub Manager) and the Union 728 because UPS Policy "NOT IN MY HOUSE!" On June 15, 2023 I had an accident by way of driving a mechanical PTO and I was immediately suspended from operating any mechanical equipment. On July 2, 2023 I filed a grievance L16300 requesting 200 Million Dollars because David McClure (White) rear-ended me with no punishment. On September 1, 2023 I was terminated for violation of "NOT IN MY HOUSE" policy because I called Amir Hafizovic a "lie and a liar!" Supervisor called me faggott!

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff  ____ still works for defendant(s)
    ✓ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation? ____ Yes  ✓ No

    If you checked "Yes," please explain: _____

    _____
    _____
    _____
    _____
    _____

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?  ✓ Yes ____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

✓ Defendant(s) be directed to  Full Retirement Part Public Statement + Reinstate Insurance

✓ Money damages (list amounts) 200 Million Dollars

✓ Costs and fees involved in litigating this case

✓ Such other relief as my be appropriate

Page 8 of 9

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __1__ day of __December__, 20__24__

__/s/ André Gautier McDaniel__
(Signature of plaintiff *pro se*)

__André Gautier McDaniel__
(Printed name of plaintiff *pro se*)

__235 Roberts Dr. Apt 17c__
(street address)

__Riverdale GA, 30274__
(City, State, and zip code)

__drejorver@yahoo.com__
(email address)

__(404) 492-2263__
(telephone number)



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Atlanta District Office

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Direct Dial: (470) 531-4760
FAX (404) 562-6909/6910
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

**To:** Mr. Andre G. McDaniels
235 Roberts Drive, Apt. 17C
Riverdale, GA 30274

Charge No: 410-2023-06951

EEOC Representative and email:    Norberta Pendleton
Investigator
norberta.pendleton@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 410-2023-06951.

On behalf of the Commission;

I. Daniel-Edward Anance
Digitally signed by I. Daniel-Edward Anance
Date: 2024.09.12 12:35:37 -04'00'

*Iriketekana D-E Anance For*
Darrell E. Graham
District Director

**Cc:**
Mariana López Griffiths
Corporate Legal Manager
UPS Legal Department
55 Glenlake Parkway
Atlanta, GA 30328

John Phillips
Partner
Phelps Dunbar LLP
100 South Ashley Drive, Suite 2000
Tampa, FL 33602

Jolee Land, Esq.
Phelps Dunbar LLP
100 South Ashley Drive, Suite 2000
Tampa, FL 33602


Please retain this notice for your records.